IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION


| | |
|---|---|
| **KATHERYN SHEPPARD,** | 10-CV-276-BR |
|     **Plaintiff,** | **JUDGMENT** |
| **v.** | |
| **DAVID EVANS AND ASSOC.**, an Oregon corporation, | |
|     **Defendant.** | |

    Based on the Court's Opinion and Order (#22) issued January 25, 2011, the Court **DISMISSES** this matter **with prejudice**.

    IT IS SO ORDERED.

    DATED this 25th day of January, 2011.

                                              /s/ Anna J. Brown

                                              ANNA J. BROWN
                                              United States District Judge

1 - JUDGMENT